# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 437 MAL 2014
:
     Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
   v.     :
:
:
:
JOSE L. REYES-DIAZ,   :
:
     Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.